IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

DUBLIN DIVISION

| | |
|---|---|
| QUADRAY HOBBS, | ) |
| Plaintiff, | ) |
| v. | ) CV 323-027 |
| TELFAIR STATE PRISON; TELFAIR STATE PRISON STAFF; UNIT MANAGER KAREN THOMAS; UNIT MANAGER SIKES; CO II UPTERGROVE; SGT. SMITH; SGT. INMAN; MCFADDEN, Grievance Coordinator; COUNSELOR K. HILL; and ALL THE LTS AND KITCHEN STAFF AT TELFAIR STATE PRISON, | ) |
| Defendants. | ) |

## ORDER

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Court **ADOPTS** the Report and Recommendation of the Magistrate Judge as its opinion and **DENIES** Plaintiff's motion for injunctive and declaratory relief. (Doc. no. 10.)

SO ORDERED this 12th day of June, 2023, at Augusta, Georgia.

UNITED STATES DISTRICT JUDGE