IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
DUBLIN DIVISION

QUADRAY HOBBS,                                )
                                              )
          Plaintiff,                          )
                                              )
     v.                                       )          CV 323-027
                                              )
TELFAIR STATE PRISON; TELFAIR                 )
STATE PRISON STAFF; UNIT                      )
MANAGER KAREN THOMAS; UNIT                    )
MANAGER SIKES; CO II UPTERGROVE;              )
SGT. SMITH; SGT. INMAN; MCFADDEN,             )
Grievance Coordinator; COUNSELOR K.           )
HILL; and ALL THE LTS AND KITCHEN             )
STAFF AT TELFAIR STATE PRISON,                )
                                              )
          Defendants.                         )

## ORDER

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's

Report and Recommendation, to which objections have been filed.  (Doc. no. 25.)  Nothing in

Plaintiff's objections changes the analysis that Plaintiff's amended complaint is due to be

dismissed for failure to follow a Court Order and as an impermissible shotgun pleading.

Accordingly, the Court **OVERRULES** Plaintiff's objections, **DENIES** as **MOOT** Plaintiff's

Motion for Preliminary Injunction and Temporary Restraining Order, (doc. nos. 28-1, 28-2),

**ADOPTS** the Report and Recommendation of the Magistrate Judge as its opinion, **DISMISSES**

this case without prejudice, and **CLOSES** this civil action.

SO ORDERED this _____ day of August, 2023, at Augusta, Georgia.

_____
UNITED STATES DISTRICT JUDGE